**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6587**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEFFREY ROY CROSBY,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Cameron McGowan Currie, Senior District Judge.  (4:95-cr-00619-CMC-1)

Submitted:  August 24, 2023                     Decided:  August 29, 2023

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeffrey Roy Crosby, Appellant Pro Se.  Kathleen Michelle Stoughton, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Roy Crosby appeals the district court's order denying his petition for a writ of error coram nobis.   We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *United States v. Crosby*, No. 4:95-cr-00619-CMC-1 (D.S.C. May 24, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*